FILED
August 17, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG 06-0226 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| LA SOUKASENE, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LA SOUKASENE , Case No.  MAG 06-0226 DAD , Charge  Title 18 USC § 1955 (a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

____   Bail Posted in the Sum of $_____

 X    Unsecured Appearance Bond  50,000 co-signed

____   Appearance Bond with 10% Deposit

____   Appearance Bond with Surety

____   Corporate Surety Bail Bond

 X    (Other)  to be revisited re conditions on 8/18/05 @ 2:00 p.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 17, 2006  at    3:15    pm  .

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal