McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
ANNE PINGS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-0343-DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON DEFENDANT'S |
| | ) | OBJECTION TO PRESENTENCE REPORT |
| LA SOUKASENE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

In the plea agreement signed by defendant La Soukasene, the parties agreed to not seek or argue in support of any specific offense characteristics, Chapter Three adjustments, or departures from the sentencing guidelines, except that the defendant reserved the right to argue for a two level reduction in her offense level pursuant to USSG §3B1.2(b). Plea Agreement, C.R. 77, at 5. In the Presentence Report, the Probation Officer determined that the defendant's total offense level was 10, and the defendant's criminal history category was I. The defendant subsequently moved to correct the Presentence Report, seeking a two level downward adjustment for

1 | minor role pursuant to USSG §3B1.2(b), and also seeking a downward
2 | departure on ground of aberrant behavior. C.R. 107.  The Government
3 | filed an opposition. C.R. 109.  The parties appeared for sentencing
4 | on March 8, 2007.

5 |     After considering the pleadings and the arguments of counsel,
6 | as stated in open court, the defendant's motions were denied.  While
7 | the defendant appears to be less culpable than the lead defendants
8 | in the case, her role in the charged conduct could not be properly
9 | characterized less culpable than most other participants.
10 | Accordingly, the facts do not support a minor role downward
11 | adjustment.  The defendant's conduct also did not constitute
12 | aberrant behavior.  That concept more properly applies to a very
13 | limited scope of criminal conduct rather than the sustained
14 | participation in organized criminal activity that was the case here.
15 |     For the reasons set forth above and stated in open court,
16 | therefore, the defendant's motions are DENIED.

**SO ORDERED.**

DATED: March 9, 2007

/s/ David F. Levi
HON. DAVID F. LEVI
United States District Judge