# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                      **RE:    La SOUKASENE**
                                                **Docket Number:   2:06CR00343-06**
                                                **RELEASE OF PASSPORT**

Your Honor:

On March 8, 2007, the Honorable David F. Levi sentenced the above noted offender following her plea of guilty to a violation of 18 USC 1955(a) - Conducting an Illegal Gambling Business. She was sentenced to probation for a term of 24 months. Special conditions of probation included: Search and seizure; Financial disclosure; No new credit charges or additional lines of credit; and Home detention for a period of 180 consecutive days. Ms. Soukasene completed her probation on March 7, 2009 without incident..

Ms. Soukasene was under the supervision of the United States Pretrial Services from August 17, 2006, to March 7, 2007. As a condition of pretrial release, Ms. Soukasene was ordered to forfeit her passport to the clerk's office. Ms. Soukasene is requesting her passport be returned but the United States District Court Clerk's Office will not return the passport without authorization from the sentencing judge.

Therefore, we are recommending that Your Honor agree to have the United States District Court Clerk's Office release Ms. Soukasene's passport to her.

**RE:** La SOUKASENE
   **Docket Number:   2:06CR00343-06**
   **RELEASE OF PASSPORT**


Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**

Dated:   April 23, 2009
   Sacramento, California
   GPS/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
   **KYRIACOS M. SIMONIDIS**
   **Supervising United States Probation Officer**

_____

AGREE: ____X_____     DISAGREE: _____

/s/ John A. Mendez                                                           4/27/2009
**JOHN A. MENDEZ**                                                    DATE
United States District Judge